

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 11-019 |
| v. | * | SECTION: "B" |
| JOHN E. BAGENT | * | |

\* \* \*

## MOTION AND INCORPORATED MEMORANDUM TO UNSEAL THE PLEA AGREEMENT OF JOHN BAGENT

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney and moves this Honorable Court to unseal the plea agreement of defendant John E. Bagent in the above-captioned case for the foregoing reason: John E. Bagent is expected to be called as a witness in the matter of "United States v. Abdel Muhammad," pending in the Eastern District of Louisiana, case number 09-371, and the plea agreement must be disclosed to defense counsel in advance of the November 14, 2011 trial. Counsel for John E. Bagent has no opposition to the filing of this motion to unseal.

\_\_Fee _____
\_\_Process_____
X\_Dktd _____
\_\_CtRmDep_____
\_\_Doc. No._____

**WHEREFORE,** the United States of America prays that its motion to unseal the plea agreement between the United States and John E. Bagent in the above matter be granted.

        Respectfully submitted,

        JIM LETTEN
        UNITED STATES ATTORNEY

        _____
        EDWARD J. RIVERA (#17771)
        Assistant United States Attorney
        650 Poydras Street, Room 1600
        New Orleans, Louisiana 70130
        Telephone: (504) 680-3163