UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    Crim. No. 11-019

VERSUS

JOHN E. BAGENT                              SECTION: "B"(2)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  APR 13 2020
CAROL L. MICHEL
CLERK

Motion For Sentence Reduction under 18 USC. § 3582(c)(1)(a) Pursuant To The Cares Act Concerning The Corona Virus Pandemic Which Are "Extraordinary And Compelling Reasons To Grant Compassionate Release."

Comes Now John E. Bagent, Defendant in Above Styled Cause Number, To file This Motion Pro Se. The Defendant humbly Moves This Court To Grant This Motion For Sentence Reduction under 18 USC. § 3582(c)(1)(a) Pursuant To The Cares Act Concerning The Corona Virus Pandemic which Are "Extraordinary And Compelling Reasons To Grant Compassionate Release."

The Defendant has Chronic Conditions of High-Blood Pressure in which, The Defendant is Currently Taking 25mg Hydrochlorothiazide, 5mg Amlodipine. Also The Defendant Suffers with High Cholesterol That Requires 40mg of Pravastatin, Borderline Diabetes, And A Case of Bronchitis Since The Age of Ten Years old.

The Defendant is immune Compromised And suffers from multiple Chronic Conditions, That Are in flux And Predispose him To Potentially Lethal Complications if he Contracts Covid-19. And The Goverment Consents To his Release.

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

Defendant have delt with Chest-Pains which is A Serious Medical Condition." In which MR. Bagent was Taken To The Hospital from The Federal Correctional Institution of Pollock, LA F.C.I., The Month of Nov 2019, - Jan 2020, Before Being Transfered To Yazoo City, MS Low on Jan 24, 2020.

1

this substantially increases his risk of severe illness, if he contract Covid-19... The Defendant is "unable to provide self-care within the environment of Yazoo F.C.C. Mississippi in light of ongoing and growing Covid-19 Pandemic.

Because he is unable to practice effective social distancing and hygiene to minimize his risk of exposure, because officers and inmates have contracted the Covid-19 virus here at Yazoo City, MS Low, Med, Pen and Camp which is the entire complex.

All infected inmates who has the Covid-19 virus were being placed in segregation, with other inmates that wasn't infected. Staff officers had nowhere else to house the sick and ill, but in the dormitories, which houses "one hundred and seventy" inmates each. Therefore the Defendant is at an much greater risk to contract the Covid-19 virus, which causes devastated and lethal complications if infected.

The Defendant is "Forty-Six" years of age and is incarcerated for an Non-Violent Drug Charge for Cocain, and has done over half of his time on a 225 month sentence.

The Defendant was active within the community and society, personally participating on the ground in the New Orleans, LA State Election process that lead to the victorious winn for Honorable Judge Laurie White, in the year of the 2007 and 2008 race for judge.

While at Pollock, LA F.C.I. Mr. Bagent used his time very wise, by creating his own Victim Impact Group Program. He completed such programs as the 7 Habits of Highly Effective People, which is centraled under Personal Growth, Non-Residential Relapse Prevention, All Pro Dad, Seven Areas of Life Training and a host of programs which total to Thirty-five completed classes.

2

Throughout the Defendant's 9 years and 3 months of incarceration his wife of twelve years and children have given him tremulous support, even to this point, and has an established resident to return to.

The Defendant has multiple job offers, and have wrote a business plan thats now an (LLC) company in behalf of his wife. This clearly shows that Mr. Bagent has invested his time being positive during the course of his incarceration.

Other then the Defendants chronic conditions, his achievements are more "extraordinary and compelling reasons to grant compassionate release."

The Defendant has been unable to apply or use, the administrative remedy process do to staff taking on other job assignments, for being short staffed, from the fear of becoming infected with the contagious and lethal corona virus pandemic.

## Conclusion

Based on the foregoing BAGENT respectfully request that this Court grant immediate release.

DATE: 4-8-20

Respectfully Submitted

John E. Bagent

John E. BAGENT, Pro Se
Reg. No. 31872-034
F.C.C. Yazoo (Low)
P.O. Box 5000
Yazoo City, MS 39194

## Unsworn Declaration

Movant declares under the penalty of perjury, pursuant to Title 28 U.S.C. §1746, that the foregoing is true and correct to the best of his knowledge and belief.

DATE: 4-8-20

John E. Bagent
Declarant

## CERTIFICATE OF SERVICE

I, John E. Bagent, do hereby certify under the penalty of perjury that I mailed a true and correct copy of the foregoing via USPS mail, on the undersigned date to the following:

United States District Court
Easteren District of Louisiana
Office of the Clerk
William W. Blevins
500 Poydras St. Room C-151
New Orleans, LA 70130

Date: 4-8-20

John E. Bagent
Declarant



John Edward Bogem #31872-034 A-3 #40
Federal Correctional Institution
Yazoo City (Low)
P.O. Box 5000
Yazoo City, MS 39194

FEDERAL CORRECTIONAL COMPLEX
P. O. BOX 5666
YAZOO CITY, MS 39194

THE ENCLOSED LETTER WAS PROCESSED ON [DATE] THROUGH SPECIAL MAILING PROCEDURES.

The letter has neither been opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

"Legal Mail"

William W. Blevins Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras St. Room C-151
New Orleans, LA 70130

70130-336725