

# FCI Pollock POM

| | | | |
|---|---|---|---|
| Patient: | BAGENT, JOHN (Male) | DOB: | 01/11/74 |
| Register#: | 31872-034 | Age: | 43 |
| Date: | 06/08/17 10:01 | Status: | OP |
| Slicecount: | 2 | | |
| History: | 43 YR OLD MALE C/O LEFT SIDED CHEST PAIN | | |
| Priors: | | | |
| Exams: | FILM CXR 2 VIEWS | | |
| Referring Phy: | GARCIA | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |
| Accession Numbers: 202#BOP622625567 | | | |

**Final Report**

**Exam: FILM CXR 2 VIEWS**

**HISTORY:** Left sided chest pain.

**TECHNIQUE:** Frontal and Lateral views obtained

**COMPARISON:** No prior imaging available

**FINDINGS:** There are median sternotomy wires. The cardiac silhouette is normal. Trachea is midline. Mediastinal and hilar contours are unremarkable. Lungs and pleural spaces are clear. Thoracic musculoskeletal structures are age appropriate. Visualized upper abdomen is grossly unremarkble.

**IMPRESSION:**
Median sternotomy wires in place without radiographic evidence for an acute cardiopulmonary process.

Radiologist:          Maurice Yu, MD

Study ready at 10:02 and initial results transmitted at 10:38



**Individualized Reentry Plan - Program Review (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: BAGENT, JOHN E 31872-034

SEQUENCE: 01759508
Team Date: 10-03-2019

| | | |
|---|---|---|
| Facility: | POM POLLOCK MED FCI | Proj. Rel. Date: 06-14-2027 |
| Name: | BAGENT, JOHN E | Proj. Rel. Mthd: GCT REL |
| Register No.: | 31872-034 | DNA Status: POM02052 / 08-20-2012 |
| Age: | 45 | |
| Date of Birth: | 01-11-1974 | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| POM | F4 ORDERLY | ORDERLY | 05-20-2019 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| POM | ESL HAS | ENGLISH PROFICIENT | 08-20-2012 |
| POM | GED EP | ENROLL GED PROMOTE W/CAUSE | 03-25-2016 |
| POM | GED SAT | GED PROGRESS SATISFACTORY | 07-02-2013 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| POM | | PREGED 2B 9:30-11:00 M-F | 09-20-2017 | CURRENT |
| POM | C | BUSINESS MANAGEMENT ACE | 03-30-2019 | 05-11-2019 |
| POM | C | RPP 6: ETIQUETTE & COMMUNICAT | 04-17-2019 | 05-29-2019 |
| POM | C | RPP #2:JOB APPS PRE-RELEASE | 04-10-2019 | 05-08-2019 |
| POM | C | BATTLE READY | 04-06-2019 | 04-06-2019 |
| POM | C | RPP3 HOUSING OPPORTUNITIES | 02-12-2019 | 03-26-2019 |
| POM | C | AT-RISK PROGRAM (CLASS) | 12-04-2018 | 12-27-2018 |
| POM | C | CUSTODIAL MAINTENANCE CLASS | 03-25-2018 | 05-18-2018 |
| POM | C | SPIRITWAR | 03-23-2018 | 03-23-2018 |
| POM | C | PERSONAL GROWTH CHAPEL - 7 HAbits | 08-22-2017 | 01-19-2018 |
| POM | C | INTRO AND STUDY OF CHESS | 10-03-2017 | 10-31-2017 |
| POM | C | RPP1 SUN SMART | 09-11-2017 | 09-27-2017 |
| POM | C | TRUTH AND LIES AND TEMPTA | 12-11-2017 | 12-11-2017 |
| POM | W | PRE-GED2 9:30-11:00 M-F | 01-19-2017 | 09-20-2017 |
| POM | C | ALL PRO DAD | 04-01-2017 | 04-01-2017 |
| POM | W | GED1 7:30-9:30 M-F | 09-29-2015 | 01-19-2017 |
| POM | C | HORIZONTAL JESUS | 01-13-2017 | 01-14-2017 |
| POM | C | RECOVER REDEMPTION | 10-17-2016 | 12-01-2016 |
| POM | C | POWER OF GODS NAMES | 05-08-2016 | 06-19-2016 |
| POM | C | ADVANC MATH SKILLS (REFRESHER) | 01-12-2016 | 06-12-2016 |
| POM | C | STEPPING UP MANHOOD | 02-21-2016 | 04-24-2016 |
| POM | C | FORKLIFT OPERATING PROCED/ACE | 01-26-2016 | 03-12-2016 |
| POM | W | GED2 9:30-11:00 M-F | 03-15-2015 | 09-29-2015 |
| POM | C | LIVING SOBER | 12-17-2014 | 07-28-2015 |
| POM | W | PRE-GED3A 12:00-1:30 M-F | 09-21-2012 | 03-15-2015 |
| POM | C | RPP3 CHECK/SAVINGS/ATM PRE-REL | 12-23-2014 | 01-14-2015 |
| POM | C | SERVING AND LEARNING TOGETHER | 03-12-2014 | 12-03-2014 |
| POM | C | CONVERSATIONAL SPANISH | 11-14-2013 | 02-20-2014 |
| POM | C | PARENT | 07-17-2013 | 12-04-2013 |
| POM | C | JUMP ROPE | 11-20-2012 | 01-03-2013 |
| POM | C | 6 DRUG EDUCATION | 12-17-2012 | 01-14-2013 |
| POM | C | ANGER MANAGEMENT PRE-RELEASE | 11-06-2012 | 12-11-2012 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

Sentry Data as of 10-02-2019    Individualized Reentry Plan - Program Review (Inmate Copy)    Page 1 of 3



### Individualized Reentry Plan - Program Review (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: BAGENT, JOHN E  31872-034

SEQUENCE: 01759508
Team Date: 10-03-2019

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 08-22-2012 |
| CARE1-MH | CARE1-MENTAL HEALTH | 12-10-2012 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 08-21-2012 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 08-22-2012 |
| YES F/S | CLEARED FOR FOOD SERVICE | 08-17-2012 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 03-13-2017 |
| ED COMP | DRUG EDUCATION COMPLETE | 01-14-2013 |
| NR COMP | NRES DRUG TMT/COMPLETE | 07-28-2015 |

**FRP Details**

Most Recent Payment Plan

FRP Assignment: **COMPLT**  FINANC RESP-COMPLETED  Start: 11-27-2012
Inmate Decision: **AGREED**  $100.00  Frequency: SINGLE
Payments past 6 months: $0.00  Obligation Balance: $0.00

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

**Payment Details**

Trust Fund Deposits - Past 6 months: $477.45   Payments commensurate? Y
New Payment Plan: ** No data **

**Progress since last review**

Inmate Bagent continues to program and he has maintained clear conduct since his last PGM REV. Overall, his most recent institutional adjustment is viewed as good at this time. Keep up the good work.

**Next Program Review Goals**

Timeframe has not been met, Unit Team recommends the same goal at this time. No progress at this time in this area.
The Unit Team recommends participation in Job Interview Skills by November 2019.

**Long Term Goals**

Timeframe has not been met, Unit Team recommends the same goal at this time. No progress at this time in this area.
You need to continue to strive to complete the following EDU course(s) by 11-19-2020: GED program, and make satisfactory progress.

**RRC/HC Placement**

**Comments**

Continue to save money in preparation for your PRD. Strive to comply with the rules and regulations during your incarceration. Furthermore, continue to maintain contact with your family.



**Individualized Reentry Plan - Program Review  (Inmate Copy)**   SEQUENCE: 01759508
Dept. of Justice / Federal Bureau of Prisons   Team Date: 10-03-2019
Plan is for inmate: BAGENT, JOHN E  31872-034

| | |
|---|---|
| Name: BAGENT, JOHN E | DNA Status: POM02052 / 08-20-2012 |
| Register No.: 31872-034 | |
| Age: 45 | |
| Date of Birth: 01-11-1974 | |

_____

Inmate   (BAGENT, JOHN E. Register No.: 31872-034)

_____
Date

_____            _____
Unit Manager / Chairperson                 Case Manager

_____            _____
Date                                       Date

```
   POM39  606.00 *        MALE CUSTODY CLASSIFICATION FORM       *      11-13-2019
   PAGE 001 OF 001                                                       15:23:14
                              (A) IDENTIFYING DATA
   REG NO..: 31872-034              FORM DATE: 11-13-2019          ORG: POM
   NAME....: BAGENT, JOHN E
                                         MGTV: NONE
   PUB SFTY: GRT SVRTY                   MVED:
                                (B) BASE SCORING
   DETAINER: (0) NONE              SEVERITY.......: (7) GREATEST
   MOS REL.: 91                    CRIM HIST SCORE: (06) 8 POINTS
   ESCAPES.: (0) NONE              VIOLENCE.......: (3) 5-10 YRS MINOR
   VOL SURR: (0) N/A               AGE CATEGORY...: (2) 36 THROUGH 54
   EDUC LEV: (1) ENRLD + SAT IN GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                                (C) CUSTODY SCORING
   TIME SERVED.....: (4) 26-75%    PROG PARTICIPAT: (2) GOOD
   LIVING SKILLS...: (2) GOOD      TYPE DISCIP RPT: (5) NONE
   FREQ DISCIP RPT.: (3) NONE      FAMILY/COMMUN..: (4) GOOD


                        --- LEVEL AND CUSTODY SUMMARY ---
   BASE CUST VARIANCE  SEC TOTAL   SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
   +19  +20    -2         +17      MEDIUM         N/A           IN     DECREASE



   G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

https://bop.tcp.doj.gov:9049/SENTRY/J1PPG60.do                                  11/13/2019

```
 POM70  540*23 *           SENTENCE MONITORING              *    04-25-2019
PAGE 001         *          COMPUTATION DATA                *    10:52:09
                            AS OF 04-25-2019

REGNO..: 31872-034 NAME: BAGENT, JOHN E


FBI NO...........: 637785WA7           DATE OF BIRTH: 01-11-1974  AGE: 45
ARS1.............: POM/A-DES
UNIT.............: F UNIT              QUARTERS.....: F04-226L
DETAINERS........: NO                  NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 12-14-2026

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-14-2027 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: LOUISIANA, EASTERN DISTRICT
DOCKET NUMBER...................: 11-19"B"
JUDGE...........................: LEMELLE
DATE SENTENCED/PROBATION IMPOSED: 06-27-2012
DATE COMMITTED..................: 08-17-2012
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.:  $100.00        $00.00          $00.00         $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  409
OFF/CHG: 21:846 CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO
         DISTRIBUTE 500 GRAMS OR MORE OF COCAINE HYDROCHLORIDE, AND
         280 GRAMS OR MORE OF COCAINE BASE - COUNT 1

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    225 MONTHS
 TERM OF SUPERVISION............:     10 YEARS
 DATE OF OFFENSE................: 09-29-2010




G0002          MORE PAGES TO FOLLOW . . .
```

```
POM70  540*23 *           SENTENCE MONITORING              *    04-25-2019
PAGE 002 OF 002 *          COMPUTATION DATA                *    10:52:09
                          AS OF 04-25-2019

REGNO..: 31872-034 NAME: BAGENT, JOHN E


------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-24-2014 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 01-08-2013 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 06-27-2012
TOTAL TERM IN EFFECT............:    225 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     18 YEARS      9 MONTHS
EARLIEST DATE OF OFFENSE........: 09-29-2010

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    01-21-2011   06-26-2012

TOTAL PRIOR CREDIT TIME.........: 523
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 858
TOTAL GCT EARNED................: 405
STATUTORY RELEASE DATE PROJECTED: 06-14-2027
EXPIRATION FULL TERM DATE.......: 10-19-2029
TIME SERVED.....................:      8 YEARS     3 MONTHS    3 DAYS
PERCENTAGE OF FULL TERM SERVED..:   44.0

PROJECTED SATISFACTION DATE.....: 06-14-2027
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 10-24-14 DGCT K/JS




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```